ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR 13 P 2: 15

CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| JOSEPHINE WILLIAMS, | * |
| Plaintiff, | * |
| v. | * CV 314-096 |
| CAROLYN W. COLVIN, Commissioner of Social Security, | * |
| Defendant. | * |

# O R D E R

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request, with no opposition from Plaintiff, to remand this action for further agency action, **IT IS ORDERED** that the Commissioner's decision is hereby reversed under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.

Upon remand, the ALJ shall further evaluate Plaintiff's mental impairments pursuant to the special technique in 20 C.F.R. §§ 404.1520a and 416.920a; further consider Plaintiff's maximum residual functional capacity, with specific reference to the opinion evidence of record, including the June 2005

Neuropsychological Examination; and take any other action deemed necessary. The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia, this ___13th___ day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE