# United States District Court
## Southern District of Georgia

JOSEPHINE WILLIAMS,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV314-096

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 13, 2015, the Commissioner's decision is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g). This civil action stands CLOSED.

| April 13, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |